M. P. No. 80-122. STATE *et al. v.* HAROLD MARKHAM, JR.

*et al.* The petition for writ of certiorari is denied. *Edward H. Torgen,* for petitioners. *Adamo & Newman, Edward H. Newman,* for respondents.